IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER MACIAS-PEREZ,<br><br>Defendant. | No. CR 11-2024<br><br>REPORT AND<br>RECOMMENDATION |

On the 13th day of June 2011, this matter came on for hearing on the Motion to Suppress Statements (docket number 18) filed by the Defendant on May 31, 2011. The Government was represented by Assistant United States Attorney Patrick J. Reinert. Defendant Francisco Javier Macias-Perez appeared in person and was represented by his attorney, Mark C. Meyer.

It is undisputed that following his arrest on April 4, 2011, Defendant was taken to the Waterloo Police Department and given a *Miranda* warning. He voluntarily waived his rights and spoke with officers for nearly 45 minutes before asking to speak with a lawyer. At that time, the questioning ceased and Defendant was placed in a holding cell. Approximately an hour-and-a-half later, however, officers went to the holding cell and spoke with Defendant further. Defendant was then moved to an interview room where he was questioned further. In the instant motion, Defendant asks that the Government be prohibited from offering any evidence or argument relating to statements made by him after he asked to speak with a lawyer.

Defendant makes no claim that statements made during the initial interview must be suppressed. Defendant argues, however, that subsequent statements made in the

1

holding cell or during the second interview must be suppressed. In its resistance and again at the time of hearing, the Government stated that it does not intend to offer in its case-in-chief any statements made by Defendant after he asked for counsel and the first interview was terminated. Given that assurance, the parties agreed at the instant hearing that the motion to suppress statements should be denied as moot.

### RECOMMENDATION

For the reasons set forth above, I respectfully recommend that the Motion to Suppress Statements (docket number 18) filed by Defendant on May 31, 2011 be **DENIED** as moot.[1]

The parties are advised, pursuant to 28 U.S.C. § 636(b)(1), that within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court. *The parties are reminded that pursuant to Local Rule 72.1, "[a] party asserting such objections must arrange promptly for a transcription of all portions of the record the district court judge will need to rule on the objections." Accordingly, if the parties are going to object to this Report and Recommendation, they must promptly order a transcript of the hearing held on 13th day of June, 2011.*

DATED this 14th day of June, 2011.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

---

[1] It should be noted that also on May 31, 2011, Defendant filed a Motion to Suppress Evidence Derived from Execution of Various Warrants (docket number 19). That motion was heard on June 13, 2011 and is still under advisement by the Court.