IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER MACIAS-PEREZ,<br><br>    Defendant. | No. 11-CR-2024-LRR<br><br>**ORDER** |

_____

The matter before the court is Defendant's "Motion to Suppress Statements" ("Motion") (docket no. 18). On June 14, 2011, United States Magistrate Judge Jon S. Scoles filed a Report and Recommendation (docket no. 34), which recommended that the undersigned deny the Motion as moot. The Report and Recommendation states that "within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court." Report and Recommendation at 2.

The time to object to the Report and Recommendation has expired. Defendant has not filed any objections to the Report and Recommendation. Defendant has thus waived his right to de novo review of the Report and Recommendation. *See, e.g., United States v. Rodriguez*, 484 F.3d 1006, 1010-11 (8th Cir. 2007) ("[Defendant's] 'failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact therein.'" (quoting *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001))). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 34). The Motion (docket no. 18) is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

**DATED** this 30th day of June, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA